# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| Community Justice Exchange<br>Just Futures Law<br>Mijente Support Committee<br><br>*Plaintiff(s)*<br><br>v.<br><br>U.S. Immigration and Customs Enforcement<br>U.S. Department of Homeland Security<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:22-cv-2328 LB<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See Attachment A to Summons

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Catherine Crump
Samuelson Law, Technology & Public Policy Clinic
433 Law Building, North Addition
Berkeley, CA 94720
ccrump@clinical.law.berkeley.edu
(510)292-6860

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
*Mark B.Busby*

Date: 04/15/2022

*Signature of Clerk or Deputy Clerk*

Attachment A To Summons

U.S. Immigration and Customs Enforcement,
Office of the Principal Legal Advisor,
500 12th St. SW, Mail Stop 5900,
Washington, DC 20536-5900.
OPLAServiceIntake@ice.dhs.gov

Office of the General Counsel
United States Department of Homeland Security
2707 Martin Luther King Jr. Ave,
SE Mail Stop 0485,
Washington, DC 20528-0485
ogc@hq.dhs.gov