Catherine Crump
Samuelson Law, Technology and Public Policy Clinic
UC Berkeley School of Law
353 Law Building, Clinical Program
Berkeley, CA 94720-7200
(510) 292-6860
ccrump@clinical.law.berkeley.edu

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMUNITY JUSTICE EXCHANGE, JUST FUTURES LAW, MIJENTE SUPPORT COMMITTEE, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION & CUSTOMS ENFORCEMENT and U.S. DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendants. | Case No. 3:22-cv-02328-LB <br><br> **U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT SUMMONS RETURNED EXECUTED** |

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: