| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284) |
| | United States Attorney |
| 2 | MICHELLE LO (NYRN 4325163) |
| | Chief, Civil Division |
| 3 | KELSEY J. HELLAND (CABN 298888) |
| | Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6488
FAX: (415) 436-6748
kelsey.helland@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITY JUSTICE EXCHANGE, et al., | CASE NO. 3:22-cv-02328-LB |
| Plaintiffs, | |
| | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| v. | |
| U.S. IMMIGRATION & CUSTOMS ENFORCEMENT, et al., | |
| Defendants. | |

PLEASE TAKE NOTICE that representation of Defendants has been reassigned to Kelsey J. Helland, Assistant United States Attorney. Please direct all notices, pleadings, and correspondence to his attention at the above-captioned address. Please remove Kenneth Brakebill from the service list. While Stephanie M. Hinds and Michelle Lo will appear on the pleadings, no service need be made on them.

DATED: August 17, 2022                     Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

*/s/ Kelsey J. Helland*
KELSEY J. HELLAND
Assistant United States Attorney

Attorneys for Defendants

NOTICE OF SUBSTITUTION OF COUNSEL
3:22-CV-02328-LB                              1