Catherine Crump
Samuelson Law, Technology and Public Policy Clinic
UC Berkeley School of Law
353 Law Building, Clinical Program
Berkeley, CA 94720-7200
(510) 292-6860
ccrump@clinical.law.berkeley.edu

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITY JUSTICE EXCHANGE, JUST FUTURES LAW, MIJENTE SUPPORT COMMITTEE, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION & CUSTOMS ENFORCEMENT and U.S. DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendants. | Case No. 3:22-cv-02328-LB <br><br> **PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** <br><br> Date of filing: August 18, 2022 |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: August 18, 2022                    Respectfully Submitted

*Catherine Crump.*
Catherine Crump
Samuelson Law, Technology and Public Policy Clinic
UC Berkeley School of Law
353 Law Building, Clinical Program
Berkeley, CA 94720-7200
(510) 292-6860
ccrump@clinical.law.berkeley.edu

*Attorney for Plaintiffs*

Plaintiffs' Certification of Interested Entities or Persons      Case No. 3:22-cv-02328-LB      1