# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITY JUSTICE EXCHANGE, JUST FUTURES LAW, MIJENTE SUPPORT COMMITTEE, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION & CUSTOMS ENFORCEMENT and U.S. DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendants. | Case No. 3:22-cv-02328-LB <br><br> **JOINT CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER** <br><br> Case Management Conference <br> Date: August 25, 2022 <br> Time: 9:30am <br><br> Hon. Laurel Beeler |

The parties jointly submit this Case Management Statement and [Proposed] Order pursuant to Civil Local Rule 16-9 and the Standing Order for All Judges of the Northern District of California—Contents of Joint Case Management Statement.

1. <u>Jurisdiction and Service</u>

Plaintiffs brought this action under the Freedom of Information Act (FOIA), 5 U.S.C. § 552 *et seq.* All parties have been served. There are no issues concerning personal jurisdiction, venue, or service.

2. <u>Facts</u>

On September 14, 2021, Community Justice Exchange, Just Futures Law, and Mijente Support Committee ("plaintiffs") filed a Freedom of Information Act ("FOIA") request ("Request") with U.S. Immigration and Customs Enforcement ("ICE") seeking the release of records related to ICE's use of BI, Incorporated's SmartLINK App as part of its Intensive Supervision and Appearance Program ("ISAP"). Plaintiffs filed this lawsuit against ICE and the U.S. Department

of Homeland Security ("DHS") (collectively "defendants") on April 14, 2022. Defendants filed an Answer on May 23, 2022.

Following the filing of Defendants' Answer, the parties have been engaged in negotiations regarding the scope of records Defendants will produce and the rate of Defendants' processing and production. Those negotiations remain ongoing at this time. As of the date of this filing, ICE has not released any records in response to the Request.

3. Legal Issues

Whether defendants violated FOIA by failing to respond to plaintiffs' FOIA request and by failing to make available the records sought in the request.

4. Motions

There are no prior or pending motions. The parties will endeavor to resolve any disputes that may arise without motion practice.

5. Amendment of Pleadings

The parties do not currently anticipate amending their pleadings

6. Evidence Preservation

The parties certify that they have reviewed the Guidelines Relating to the Discovery of Electronically Stored Information ("ESI Guidelines"). The parties acknowledge their duty to preserve relevant materials in accordance with applicable rules and case law.

7. Disclosures

At this time the parties do not anticipate the need for discovery in this FOIA action and request that they be relieved from the initial disclosure and conference requirements of Federal Rule of Civil Procedure 26(a) and (f).

8. Discovery

To date, no discovery has been taken by any party, and the parties do not anticipate the need for discovery.

9. Class Actions

This is not a class action.

10. Related Cases

Counsel for the parties are unaware of any related cases before another judge of this Court.

11. Relief

In their Complaint, plaintiffs seek a declaration that defendants violated FOIA by failing to determine whether to comply with the Request within 20 days and by unlawfully withholding the requested records. They also seek an order requiring defendants to immediately disclose the requested records, as well as attorneys' fees and costs.

In their Answer, defendants respectfully request that plaintiffs take nothing by their Complaint; that the Complaint be dismissed with prejudice; that no injunctive relief be awarded to plaintiffs; that defendants be awarded their costs of suit; and that judgment be entered in favor of defendants.

The parties are engaged in negotiations to resolve the scope of any relief provided in this action.

12. Settlement and ADR

The parties are working to resolve their disputes and do not believe that ADR is necessary or appropriate at this time.

13. Consent To Magistrate Judge For All Purposes

Plaintiffs and defendants have consented to assignment of this case to a magistrate judge for all purposes.

14. Other references

The parties agree that this case is not suitable for reference to binding arbitration or a special master, or reference to the Judicial Panel on Multidistrict Litigation.

15. Narrowing of Issues

The parties have conferred, and intend to continue conferring, in an effort to reach agreement regarding the scope of the Request and defendant's processing and production of documents.

16. Expedited Trial Procedures

The parties anticipate that this FOIA case will be resolved through a negotiated settlement or on cross-motions for summary judgment, rendering this provision inapplicable.

17. Scheduling

Plaintiffs' Statement

Plaintiffs seek a schedule according to which defendants will process and produce records responsive to plaintiffs' FOIA request. To date, defendants have not produced any responsive

records. In a letter dated July 12, plaintiffs proposed a narrowing construction of their FOIA request in exchange for an expedited processing request. Plaintiffs have not received a complete response to this letter. Plaintiffs are willing to continue to negotiate with defendants on a processing and production schedule but request the Court to order the parties to file joint status reports every 30 days to report on their progress, and may seek a Court order requiring defendants to process and produce records if progress is not forthcoming.

    Defendant's Statement

Defendants continue to negotiate in good faith with plaintiffs regarding both the substantive scope and the rate of records to be produced in response to plaintiffs' FOIA request. Defendants agree with plaintiffs that further updates to the Court should be provided in regular joint status updates. However, defendants respectfully submit that it would better conserve the Court's and the parties' resources to submit joint statements every 90 days, rather than every 30 days.

    18. Trial

The parties anticipate that this case will be resolved through a negotiated settlement or on summary judgment and do not anticipate a trial.

    19. Disclosure of Non-party Interested Entities or Persons

Plaintiffs have filed the Certification of Interested Entities or Persons. Defendants are government entities that are exempt from filing a certification of Interested Entities or Persons pursuant to Civil L.R. 3-15.

    20. Professional Conduct

All attorneys of record for the parties have reviewed the Guidelines for Professional Conduct for the Northern District of California.

    21. Other Matters

The parties are not aware of any other matters that should be raised before the Court at this time. The parties anticipate that any further issues can be raised to the Court in the parties' proposed joint status reports.

| | | |
|---|---|---|
| Dated: August 18, 2022 | | Respectfully Submitted |

                                                 *Catherine Crump.*
                                                 Catherine Crump
                                                 Samuelson Law, Technology and Public Policy Clinic
                                                 UC Berkeley School of Law
                                                 353 Law Building, Clinical Program
                                                 Berkeley, CA 94720-7200
                                                 (510) 292-6860
                                                 ccrump@clinical.law.berkeley.edu

                                               *Attorney for Plaintiffs*

| | | |
|---|---|---|
| Dated: August 18, 2022 | | Respectfully Submitted |

                                               STEPHANIE HINDS
                                               United States Attorney

                                               *Kelsey J. Helland*
                                               KELSEY J. HELLAND
                                               Assistant United States Attorney

                                               *Attorneys for Defendants*

## [PROPOSED] CASE MANAGEMENT ORDER

The above JOINT CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER is approved as the Case Management Order for this case and all parties shall comply with its provisions.

IT IS SO ORDERED.

Dated: _____

                                               LAUREL BEELER
                                               UNITED STATES MAGISTRATE JUDGE