Erik Stallman
Samuelson Law, Technology and Public Policy Clinic
UC Berkeley School of Law
353 Law Building, Clinical Program
Berkeley, CA 94720-7200
(510) 642-2485
estallman@clinical.law.berkeley.edu

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITY JUSTICE EXCHANGE, JUST FUTURES LAW, MIJENTE SUPPORT COMMITTEE,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION & CUSTOMS ENFORCEMENT and U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | Case No. 3:22-cv-02328-LB<br><br>**NOTICE OF APPEARANCE OF ERIK STALLMAN ON BEHALF OF PLAINTIFFS**<br><br>Date of filing: October 3, 2022 |

PLEASE TAKE NOTICE that Erik Stallman hereby enters an appearance as counsel for Plaintiffs in this case. Please serve Mr. Stallman with all pleadings and notices in this action.

Dated: October 3, 2022                          Respectfully Submitted

*Attorney for Plaintiffs*