UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COMMUNITY JUSTICE EXC   ,

       Plaintiff(s),

    v.

U.S. IMMIGRATION & CUS'   ,

       Defendant(s).

Case No. 3:22-cv-2328-LB

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Megan Graham          , an active member in good standing of the bar of

the State of New York          , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: Community Justice Exchange et a in the

above-entitled action. My local co-counsel in this case is Erik Stallman          , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 231715          .

| 353 Law Building, UC Berkeley School of Law, Berkeley, CA 94720 | 353 Law Building, UC Berkeley School of Law, Berkeley, CA 94720 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 510-664-4381 | 510-642-2485 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| mgraham@clinical.law.berkeley.edu | estallman@clinical.law.berkeley.edu |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

    I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 5400460          .

    A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court 0          times in the 12 months

preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2 the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3 Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4 Dated: 10/04/2022                                    Megan Graham
                                                        APPLICANT
5

6 ====================================================================

7

8                       ORDER GRANTING APPLICATION

9                  FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of  Megan Graham           is

12 granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13 must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14 counsel designated in the application will constitute notice to the party.

15 Dated: _____

16

17

18                                    UNITED STATES DISTRICT/MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California