UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITY JUSTICE EXCHANGE, JUST FUTURES LAW, MIJENTE SUPPORT COMMITTEE,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION & CUSTOMS ENFORCEMENT and U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | Case No. 3:22-cv-02328-LB<br><br>**EIGHTH JOINT STATUS REPORT & [PROPOSED] ORDER** |

Pursuant to this Court's Order dated May 5, 2023, the parties submit this eighth Joint Status Report to update the Court on the status of the litigation and their proposed next steps. Order, ECF No. 40.

**Background**

Plaintiffs brought this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 *et seq*. They seek nine categories of records related to Defendant U.S. Immigration and Customs Enforcement's ("ICE") use of BI, Incorporated's SmartLINK App as part of its Intensive Supervision and Appearance Program ("ISAP"). Plaintiffs filed this lawsuit against ICE and the U.S. Department of Homeland Security (collectively, "Defendants") on April 14, 2022. ECF No. 1. Defendants filed an Answer on May 23, 2022. ECF No. 10.

**Status of Litigation**

Since the updates presented in the parties' Seventh Joint Status Report, ECF No. 39, the parties have continued negotiating about the scope of future summary judgment briefing. The parties are still discussing Plaintiffs' questions regarding the search, as well as a proposed briefing schedule.

**Next Steps**

The parties propose that this Court vacate the June 15, 2023 Case Management Conference and order the parties to file a Joint Status Report on July 27, 2023 informing the Court of what, if anything, is left to litigate.

Dated: June 7, 2023                    Respectfully submitted,

                                          *s/ Megan Graham*
                                          Megan Graham
                                          Erik Stallman
                                          Areeba Jibril
                                          Samuelson Law, Technology &
                                                 Public Policy Clinic
                                          UC Berkeley School of Law
                                          353 Law Building, Clinical Program
                                          Berkeley, CA 94720-7200
                                          (510) 664-4381
                                          mgraham@clinical.law.berkeley.edu

                                          *Attorneys for Plaintiffs*

Dated: June 7, 2023                    Respectfully submitted,

                                          ISMAIL J. RAMSEY
                                          United States Attorney

                                          *s/ Kelsey J. Helland*
                                          KELSEY J. HELLAND
                                          Assistant United States Attorney

                                          *Attorneys for Defendants*

**ECF ATTESTATION**

In accordance with Civil Local Rule 5-1(h)(3), I, Kelsey J. Helland, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

# [PROPOSED] CASE MANAGEMENT ORDER

The June 15, 2023 Case Management Conference is VACATED. The parties are ORDERED to file a Joint Status Report on or before July 27, 2023. IT IS SO ORDERED.

Dated:

LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE